**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THEODORE TULLOCH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:26-cv-00187-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| GREATER ERIE COMMUNITY ACTION COMMITTEE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In the signature block of his Complaint, Plaintiff has supplied an email address. Doc. 1 at pg. 9 (providing the email address, "fightbackagainstdiscrimination@yahoo.com"). Although an active email address is not required, having one saves the parties the time and expense associated with serving court filings via regular mail. Furthermore, the undersigned routinely conducts conferences via computer-video technology, which likewise saves time and expense. An email address is required for that purpose as well.

Given that Plaintiff has supplied an email address in his pleading, it will be used in this case for the limited purposes above. To be sure that Plaintiff receives the Orders entered today, the Court in this instance will send copies to both Plaintiff's email address and by first-class U.S. mail, to his physical address of record. If he does not wish to utilize email in this case, or wishes to use a different email address, he must promptly file a notice under the above case caption so advising. Absent such notice, the Court and opposing counsel hereafter will assume that filings will be served on Plaintiff by email and not sent via "snail mail."

Given Plaintiff's technological literacy, moreover, it also is strongly recommended that he register under the Court's electronic filing system, CM/ECF. Participation in the CM/ECF

system is permissive, not mandatory. It is free of charge. Registration would allow him to make court filings electronically; to receive instant "notices of electronic filing," for every filing made in his case; to access already-filed documents; and to avoid having to serve papers on Defendant via regular mail. Should Plaintiff wish to register, instructions are available at: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf.

IT IS SO ORDERED.

September 3, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail & email):

Theodore Tulloch
855 E. 6th Street
Apt. 2F
Erie, PA 16507
(fightbackagainstdiscrimination@yahoo.com)