**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THEODORE TULLOCH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:26-cv-00187-CB |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| GREATER ERIE COMMUNITY ACTION COMMITTEE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING MANDATORY ADR AND THE PRO BONO PROGRAM**

Absent exceptions not applicable in this case, all civil litigants are required to participate in this Court's Alternative Dispute Resolution ("ADR") program. *See* website at: https://www.pawd.uscourts.gov/alternative-dispute-resolution. Under the Court's ADR Policies and Procedures, a *pro se* party may request that the Court name a pro bono (free of charge) lawyer to represent him, but **only** for the purposes of ADR.

By **September 14, 2026**, Plaintiff SHALL complete and file the attached form, "Notice of Intention Regarding Appointment of Counsel for ADR (Only)." Plaintiff's failure to timely file a Notice of Intention form will result in an unnecessary delay of his case.

Should Plaintiff request pro bono appointment, the Court promptly will begin the process of attempting to secure pro bono counsel for him. No further action by Plaintiff presently is required. Should Plaintiff decline to participate, the Court will enter a case management order, explaining how the case will proceed and setting deadlines.

IT IS SO ORDERED.

September 3, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail & email):

Theodore Tulloch
855 E. 6th Street
Apt. 2F
Erie, PA 16507
(fightbackagainstdiscrimination@yahoo.com)